FILED
JAN 19 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>MANUEL FIGUEROA-LARA,<br>        Defendant. | Case No.: 21-CR-3095-TWR<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE;** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the INFORMATION in the above-entitled case be dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: January 19, 2022.

_____
HONORABLE TODD W. ROBINSON
United States District Judge